568

396 A.2d 50

Commonwealth v. Sisak, Appellant.

Submitted June 12, 1978. Ronald J. Wydo, for appellant; William Perrone, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 51

Commonwealth v. Gary Smith, Appellant.

Submitted November 14, 1977. Simon B. John, Assistant Public Defender, for appellant; Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.